IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT -4 AM 9:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| LUIS ORTIZ CAMERON | |
| Petitioner | |
| v. | CIVIL NO. 97-1629 (GG) |
| | CRIMINAL NO. 88-253 (GG) |
| UNITED STATES OF AMERICA | |
| Respondent | |

## O R D E R

Pending before us is petitioner's motion for reconsideration of our July 9, 1999, Opinion and Judgment dismissing his §2255 motion because he failed to overcome the two hurdles of the Strickland test, thus, he failed to establish that he received ineffective assistance of counsel. (Docket entries #21 & 22). We have carefully examined the allegations and exhibits attached to the motion for reconsideration and conclude that petitioner is simply rehashing the arguments already addressed and disposed of by this court. Hence, petitioner's allegations in his motion for reconsideration do not move this court's discretion to vary its prior findings in favor of dismissing the claims of ineffective assistance of counsel.

**WHEREFORE,** for the reasons stated in our Opinion and Order, we **DENY** petitioner's motion for reconsideration.

**SO ORDERED.**

San Juan, Puerto Rico, this 1st day of Oct., 1999.

GILBERTO GIERBOLINI
Senior U.S. District Judge

AO 72A
(Rev 8/82)