UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 10 AM 7:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

LUIS HIRAM ORTIZ CAMERON
    Petitioner

vs.                                                   CIVIL NO. 97-1629 (GG)

UNITED STATES OF AMERICA,
    Respondent

ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 1, 1999<br>**Docket:** #28<br>[X] Plffs       [] Defts<br>**Title:** Motion to withdraw as counsel | **GRANTED AS REQUESTED.** |

Date: November 8, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:        EOD:

By:        # 29