IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ORTIZ CAMERON

    Petitioner

    v.

UNITED STATES OF AMERICA

    Respondent

CIVIL NO. 97-1629 (PG)
CRIMINAL NO. 88-253 (GG)

RECEIVED & FILED
'00 JAN 31 PM 4: 24
CLERK'S OFFICE
U.S. DISTRICT COURT

O R D E R

Pending before this court is petitioner Luis Ortiz Cameron's request for a certificate to appeal, pursuant to 28 U.S.C. §2253(c).

We examined petitioner's arguments, as expounded in his §2255 motion, and as explained in detail in our Opinion and Order of September 7, 1999, we find that he has failed to make a substantial showing of a denial of a constitutional right. **See**, 28 U.S.C. §2253(c)(2).

**WHEREFORE**, the request for a certificate to appeal is hereby **DENIED**.

In San Juan, Puerto Rico, this 31st day of January, 2000.

GILBERTO GIERBOLINI
Senior U.S. District Judge

AO 72A
(Rev.8/82)