# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



LUIS HIRAM ORTIZ CAMERON
    Petitioner

vs.  CIVIL NO. 97-1629

UNITED STATES OF AMERICA,
    Respondent

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 26, 2003<br>**Docket:** #38<br>[ ] **Plffs**      [x] **Defts**<br>**Title:** Motion Out of Time for Extension of Time | **NOTED AND GRANTED AS REQUESTED.** |

 

GILBERTO GIERBOLINI
U.S. District Judge

**Date:** June 27, 2003

| Rec'd: | EOD: |
|---|---|
| By: | # |


