# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LUIS HIRAM ORTIZ CAMERON
    Petitioner

vs.

                                           CIVIL NO. 97-1629

UNITED STATES OF AMERICA,
    Respondent

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** July 15, 2003<br>**Docket:** #41<br>[] **Plffs**                [x] **Defts**<br>**Title:** Motion Requesting Relief as<br>Counsel in the Instant Action | **NOTED AND GRANTED AS REQUESTED.** |

GILBERTO GIERBOLINI
U.S.  District Judge

**Date:**   August 13, 2003

| Rec'd: | EOD: |
|---|---|
| By: | # |