IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**LUIS HIRAM ORTIZ-CAMERON**  \*

**Plaintiff**  \*

vs.  \*   CIVIL NO. 97-1629 (GG)

**UNITED STATES OF AMERICA**  \*

**Defendants**  \*

-------------------------------\*

### MEMORANDUM OF THE CLERK

Due to the recent retirement of Senior Judge Gilberto Gierbolini, this case has been reassigned within the Case Assignment System to **Judge Juan M. Pérez-Giménez** for disposition of plaintiff's Motion for Relief from Judgment Pursuant to Rule 60(b) and defendant's Response in Opposition (docket numbers 36 and 42).

All future filings shall bear Judge Pérez-Giménez' initials next to the case number: **Civil No. 97-1629 (PG)**.

San Juan, Puerto Rico, April 19, 2004.

**FRANCES RIOS DE MORAN, ESQ.**
**Clerk of Court**

**S/ Laura E. Rivera**
**Laura E. Rivera**
**Operations Manager**