IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS HIRAM ORTIZ-CAMERON )
)
        Petitioner, )
)
VS. ) Civil No. 97-1629 (PG)
)
UNITED STATES OF AMERICA, ) Honorable Juan M. Perez-Gimenez
) U.S. District Judge
        Respondent. )
_____ )

**NOTICE OF APPEAL FOLLOWING JUDGMENT**

    NOTICE is hereby given that LUIS HIRAM ORTIZ-CAMERON, The Petitioner, pro-se, files this Notice of Appeal Following Final Judgment for the First Circuit Court of Appeals, from the Order entered on May 19, 2004, by the District of Puerto Rico, Honorable Juan M. Perez-Gimenez, U.S. District Judge, denying The Motion For Relief Pursuant to Rule 60(b)(6), which was filed in this Court on May 23, 2003, (Docket #36).

    This Notice of Appeal is filed pursuant to Rule 4 (a) of the Federal Rules of Appellate Procedure. See <u>Acevedo-Villalobos v. Hernandez</u>, 22 F. 3d 384 (1st Cir. 1994). Rule 4 (a) Fed. R. App. P. provides in relevant part that "[T]he notice of appeal may be filed by any party within 60 days after the date of entry of the judgement or order appealed from when the United States or an another officer or agency thereof is a party." Rule 4 (a) (1) Fed. R. App. P.

WHEREFORE, the Petitioner respectfully gives notice to the District and Appellate Courts that Notice of Appeal has been timely filed.

>Respectfully Submitted,
>This __/__ day of June, 2004
>By:
>
>_____
>Luis Hiram Ortiz-Cameron
>Petitioner/Pro-se
>Reg. No. 06567-069
>Unit 2-BU, FCI Yazoo City
>Post Office Box 5000
>Yazoo City, MS 39194-5000

**CERTIFICATE OF SERVICE**

I, LUIS HIRAM ORTIZ-CAMERON, hereby certify that a true and faithful copy of the foregoing Notice Of Appeal Following Judgment, has been mailed by first class US mail to:

HONORABLE JUAN M. PEREZ-GIMENEZ
Clemente Ruiz-Nazario Courthouse
150 Carlos Chardon Street
Office CH-125
Hato Rey, Puerto Rico 00918

MR. RONALD ME. McNEIL
Deputy Chief for Litigation
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
10th Constitutional Avenue, N.W. (Bond Building)
Washington, D.C. 20503

MR. JOHN J. FARLEY
Trial Attorney
U.S. Dept of Justice
159 Chardon Ave.
Suite 421
Hato Rey, PR 00918

Clerk's Office
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Respectfully Submitted,
This _1_ day of June, 2004
By:

Luis Hiram Ortiz-Cameron
Petitioner/Pro-se
Reg. No. 06567-069
Unit 2-BU, FCI Yazoo City
Post Office Box 5000
Yazoo City, MS 39194-5000