CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

PETITION

No. 04-1636
DC# 97-1629

97-1629 (PG)

IN RE: LUIS HIRAM ORTIZ CAMERON,

Petitioner.

RECEIVED & FILED
04 JUN 16 PM 2:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Before

Boudin, <u>Chief Judge</u>,
Lipez and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: June 3, 2004

In light of the district court's recent denial of petitioner's motion for relief, pursuant to Rule 60(b)(6), the request for mandamus relief is <u>denied as moot</u>.

By the Court:

Richard Cushing Donovan, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA   JUN 03 2004
By: _____ Date: _____

By: MARK R. SYSKA
Chief Deputy Clerk.

Certified Copy to Hon. Juan M. Perez Gimenez; Ms. Frances Rios de Moran, Clerk USDC

cc: Messrs. Ortiz Cameron, Farley, Ms. Mills & Ms. Watkins