# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

**DATE:**     July 1, 2004

**DC #:**       97-1629  (PG)

**APPEAL FEE PAID:**          YES _____       NO   X

**CASE CAPTION:**        **Luis H. Ortiz-Cameron     v.     USA**

**IN FORMA PAUPERIS:**          YES _____       NO   X

**MOTIONS PENDING:**          YES _____       NO   X

**NOTICE OF APPEAL FILED BY:**     **Plaintiff**

**APPEAL FROM:**          **Order entered on 05/19/04**

**SPECIAL COMMENTS:**     **Original documents in file folders**

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                          **VOLUMES:**

**Docket Entries   1-23**                                              **I**

**Docket Entries   24-48**                                            **II**

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By:     _____
USCCA #:       _____
s/c:   CM/ECF Parties, Docket Clerk, Appeals Clerk