IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS HIRAM ORTIZ CAMERON,

    Petitioner/Appellant,

vs.

    Civil Action No. 97-1629 (D.P.R.)
    Appeal No. 04-1880

UNITED STATES OF AMERICA,

    Respondent/Appellee.

**MOTION FOR EXTENSION OF TIME TO FILE APPLICATION
FOR A CERTIFICATE OF APPEALABILITY**

    COMES NOW the petitioner/appellant, LUIS HIRAM ORTIZ CAMERON, acting pro se and without the aid of counsel, under the liberal standard for pro se litigants as set forth in Haines v. Kerner, 404 U.S. 519 (1972), and moves this Honorable Court for an extension of time up to and to include September 6, 2004, and in support thereof, states the following:

    1. On June 4, 2004, petitioner filed a notice of appeal from an order entered on May 19, 2004 in the above cause denying his motion for relief pursuant to Fed.R.Civ.P. 60(b)(6).

    2. July 7, 2004, the U.S. Court of Appeals for the First Circuit entered its order directing pro se petitioner/appellant to first file a request for a certificate of appealability in this court; further advising him to file a status report in the appeals court by August 6, 2004, and every thirty days thereafter, informing them that he has applied for a certificate in this court and advising of the status of the application; additionally directly to immediately inform once this court reaches a decision. (See attached 1st Circuit letter).

    3. Therefore petitioner respectfully requests this Honorable Court a thirty (30) extension of time, or up to and to include September 6, 2004, to file his application for a certificate of appealability, in accordance with the directive of the Clerk of the First Circuit U.S. Court of Appeals.

Respectfully submitted this __25__ day of July, 2004.

_____
Luis Hiram Ortiz-Cameron/Pro-Se
#06567-069 (Unit 2-B-Upper)
FCI Yazoo City
P.O. Box 5000
Yazoo City, MS  39194-5000


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been placed in the institutional Mail Box System this __25__ day of July, 2004, prepaid postage and properly addressed to the following individuals:

Frances De Moran, Clerk
U.S. District Court
Room 1650, Federal Building
San Juan, Puerto Rico 00918-1767

Richard Donovan, Clerk
U.S. Court Of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA  02210

John J. Farley
Trial Attorney
U.S. Dept. Of Justice
159 Carlos Chardon Avenue
Suite 421
Hato Rey, Puerto Rico  00918

_____
Luis Hiram Ortiz-Cameron
Petitioner/Appellant