United States Courthouse
Federal Building - P.O. Box 3671
Recinto Sur - Old San Juan
San Juan - Puerto Rico 00901

APPENDIX B
(DE: unknown)

3 de junio de 1990
Criminal Case No: 88-253

Honorable Juez Gilberto Gierbolini:

Me dirijo a usted con mucho respeto para que me oriente con relación a un problema bien serio que yo tengo con mis dos abogados, Alberto Tellechea y Luis A. Delgado.

Ellos dos han venido juntos a visitarme, aquí a las Malvinas, en varias ocasiones y me están presionando e intimidando para que yo no testifique durante mi juicio a mi favor. El problema es que el Ldo. Delgado fué la persona quien más me aconsejo, que yo no debía entregarme a las autoridades federales, hasta que él investigara todos los pormenores de mi caso. Delgado me mantuvo así hasta que fui arrestado, aún cuando yo le decía que era inocente y quería entregarme para resolver el error rapido, y así recobrar mis propiedades, y mi tranquilidad personal. El mismo día que fui arrestado, el Ldo. Delgado entro al cuarto de Aduana Federal, donde yo estaba detenido, y lo primero que me suplica, de favor, fué que no le dijera a nadie que él me había dicho que no me entregara.

El Ldo. Tellechea y Delgado tienen miedo que este asunto salga a la luz durante mi testimonio, pues yo les dije a ambos que yo testificaría toda la verdad, que yo no iba a mentir. Ellos piensan que el Ldo. Delgado va a ser desaforado de su profesión, si usted sabe que fué él quien no permitió que yo me entregara inmediatamente, el comenzo a representarme.

Este conflicto me está afectando a mi, a mi defensa y a mi familia, porque soy inocente de lo que estoy acusado, y mi testimonio es muy importante para que el jurado


me absuelva de todos los cargos contra mi. Yo quiero testificar en mi juicio porque soy inocente, yo estaba con mi novia, esa noche del incidente del 26 de febrero, 1988, celebramos nuestro cuarto aniversario. Nadie mejor que yo puede explicarle al jurado en detalles lo que ella y yo hicimos esa noche, a los lugares que fuimos y quienes estaban con nosotros. Mi juicio comenzará el 12 de junio, 1990, y yo necesito que usted me ayude a resolver este asunto, lo antes posible, porque yo sé que mi testimonio es importante para mi defensa. Yo estoy confundido porque no sé nada de leyes. Yo siempre quise entregarme pero el Lcdo. Delgado no me lo permitió y ahora quiere salvarse él, pero él NO dejarme testificar, eso me perjudica.

Además estoy confrontando otro problema, pues yo le pagué al Lcdo. Delgado aproximadamente $80,000, y él le pago al Lcdo. Tellechea solo $30,000; pero Tellechea quiere más dinero, y Delgado no quiere darle más. Este asunto de los honorarios me esta causando otro conflicto, pues ninguno de los dos abogados esta haciendo las investigaciones, ni entrevistando sobre 20 testigos importantes, los cuales yo le pedí a ellos que entrevistaran, para que testificaran a mi favor. Tampoco estan buscando la evidencia que yo dije era importante. Tellechea vive en Orlando, Florida, y cada vez que viaja a Puerto Rico mi familia tiene que pagarle todos los gastos de viajes y estadía, etc... Tellechea dice que no va hacer el trabajo, porque Delgado fue quien mas dinero cojió y no ha hecho nada, aún cuando vive en Puerto Rico. Ellos se la pasan peleando y quieren que yo les busque mas dinero,

pero yo NO tengo más dinero. Este conflicto me esta afectando emocional y legalmente, y NO sé que hacer. Estoy confundido con el comportamiento de mis abogados.

Yo necesito que usted me ayude a resolver este asunto, pues mi juicio esta a punto de comenzar, y no quiero que mis abogados se presenten al mismo sin la debida preparacion, peleando por los honorarios y negandome el derecho a testificar a mi favor.

Le agradeceré profundamente que por favor usted investigue este asunto, que yo tengo con mis dos abogados, porque creo que esto afectará mis derechos a tener una defensa adequada y justa.

Le escribo esta carta directamente a usted, sin el conocimiento de mis abogados, porque ellos no quieren que usted se entere de estos problemas. Sin embargo, mi libertad y mi inocencia estan en peligro y por eso recurro a usted, quien es la persona adequada para ayudarme.

Muchas gracias por su amable atención al respecto.

Muy atentamente,

[signature]

Luis Hiram Ortiz Cameron
P.O. Box 28000 (Las Malvinas)
Rio Piedras, Puerto Rico 00928

Arnaldo, Por favor, guardame esta carta en mi archivo, es una copia de la carta que le envie al juez de mi caso, tu conoces mi problema con los abogados.

010

United States Courthouse

Federal Building - P.O. Box 3671

Recinto Sur - Old San Juan

San Juan - Puerto Rico 00901       June 3, 1990

Criminal Case No: 88-253

Honorable Judge Gilberto Gierbolini:

I am writing you most respectfully for you to give me some guidance in relation to a very serious problem that I am having with my two attorneys, Alberto Tellechea and Luis A. Delgado.

The two of them have come together to visit me, here at "Las Malvinas", on several occasions and they are pressuring and intimidating me so that I will not testify on my own behalf during my trial. The problem is that Mr. Delgado was the person who most advised me that I should not turn myself in to the federal authorities, until he investigated all the facts of my case. Delgado kept me like that until I was arrested, even though I was telling him that I was innocent and that I wanted to turn myself in to clear up the mistake quickly, and thus get back my properties, and my personal tranquility. The same day that I was arrested, Mr. Delgado came into the room at U.S. Customs, where I was detained, and the first thing he asked of me, as a favor, was not to tell anybody that he had told me not to turn myself in.

Mr. Tellechea and Delgado are afraid that this matter

will come to light during my testimony, since I told both of them that I would testify the whole truth, that I was not going to lie. They think that Mr. Delgado is going to be disbarred from his profession, if you know that it was he who did not allow me to turn myself in immediately, he began to represent me [sic].

This conflict is affecting me, my defense and my family, because I am innocent of what I am accused of, and my testimony is very important for the jury to acquit me of all charges against me. I want to testify at my trial because I am innocent, I was with my girlfriend, that night of the incident of February 26, 1988, celebrating our fourth anniversary. <u>Nobody</u> can explain in detail to the jury <u>better than I can</u> what she and I did that night, the places we went to and the people who were with us. My trial will begin on June 12, 1990, and I need you to help me resolve this matter, <u>as soon as possible</u>, because I know that my testimony is important for my defense. I am confused because I don't know anything about the law. I always wanted to turn myself in the Mr. Delgado would not allow me to and now he wants to save himself, but his <u>not</u> letting me testify, that is detrimental to me.

In addition I am facing another problem, since I paid Mr. Delgado approximately $80,000, and he paid Mr. Tellechea

Translation page 2

005

only $30,000; but Tellechea wants more money, and Delgado doesn't want to give him more. This business of the attorney fees is causing me another conflict, since neither of the attorneys is conducting the investigations, nor interviewing around 20 important witnesses, whom I asked them to interview, to testify in my favor. Nor are they looking for the evidence which I said was important. Tellechea lives in Orlando, Florida, and every time he travels to Puerto Rico my family has to pay all his travel expenses and lodging, etc.... Tellechea says that he is not going to do the work, because Delgado was the one who took more money and he hasn't done anything, even though he lives in Puerto Rico. They spend the whole time fighting and they want me to get them more money, but I don't have any more money. This conflict is affecting me emotionally and legally, and I don't know what to do. I am confused by the behavior of my attorneys.

    I need for you to help me resolve this matter, since my trial is about to begin, and I don't want my attorneys to show up for trial without the proper preparation, fighting over attorney fees and denying me the right to testify on my own behalf.

    I would be deeply grateful to you if you would please investigate this matter which I have with my two attorneys,

Translation page 3

006

because I feel that this will affect my rights to have an adequate and just defense.

I am writing this letter directly to you, without my attorneys' knowledge, because they do not want you to find out about these problems. Nevertheless, my freedom and my innocence are at risk and that is why I have turned to you, who are the right person to help me.

Thank you very much for your kind attention to this matter.

                        Yours very sincerely,

                        _____[signed]_____

                        Luis Hiram Ortiz-Cameron

                        P.O. Box 28000 (Las Malvinas)

                        Río Piedras, Puerto Rico 00928

Arnold, please keep
this letter for me
in my file, it is a
copy of the letter that
I sent to the judge handling my case,
you knoofw my problem with the attorneys

United States District Court
For the District of Puerto Rico

— CERTIFIED —

To be a correct translation prepared by:

_[signature]_

Certified Court Interpreter
Administrative Office of the
United States Courts

Translation page 4

007