# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LUIS ORTIZ CAMERON
    Petitioner,

      v.

UNITED STATES OF AMERICA
    Respondent.

Civ. No. 97-1629(PG)

| MOTION | ORDER |
|---|---|
| Docket # 36 - MOTION FOR RELIEF PURSUANT TO RULE 60(b)(6)<br><br>**Docket # 42** - RESPONSE IN OPPOSITION TO PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT OR ORDER PURSUANT TO RULE 60(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE | Upon reviewing Petitioner's Motion for Relief under Rule 60(b)(6), Respondent's Opposition, and the record of this case, the Court finds that the Petitioner is simply rehashing the same arguments already addressed and disposed of by this Court. Accordingly, the Court **DENIES** **Petitioner's motion**. |

Date: May 19, 2004.

S/ Juan M. Perez-Gimenez
**JUAN M. PEREZ-GIMENEZ**
**U.S. District Judge**