August 14, 2004

                                      Luis H. Ortiz-Cameron
                                      #06757-069
                                      P.O.Box 5000
                                      Yazoo City, MS. 39194-5000

U.S. District Court
District of Puerto Rico
Honorable Frances De Moran, Clerk
Room 1650, Federal Bldg.
San Juan, P.R. 00918-1767

      RE:   UNITED STATES v. LUIS H. ORTIZ-CAMERON
             Appeal No.:04-1880
             Civil No.:97-1629 (GG) PG
             (DC DKT NO.:88-253 (GG))

Dear Mr. De Moran:

    I am enclosing a Petition for a Certificate of Appealability From the District Court. Please file the same and acknowledge receipt by returning the copy of this letter with the Court's signet in the provided SASE envelope.

    Thank you for your kind attention on this matter.

    Respectfully,

    *[signature]*
    Luis H. Ortiz-Cameron

encls.

cc:  Hon. Richard Donovan, Clerk 1st Circuit Court
     Mr. John J. Farley, U.S. Attorney
     file