

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 06567069 | Current Institution: | Yazoo City FCI |
| Inmate Name: | ORTIZ CAMERON, LUIS | Housing Unit: | 2U |
| Report Date: | 08/24/2004 | Living Quarters: | B16-056L |
| Report Time: | 12:26:18 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7793 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 8/22/2004 3:05:11 AM |
| Account Status: | Active |
| ITS Balance: | $12.65 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $23.85 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $23.85 |
| National 6 Months Deposits: | $1,832.09 |
| National 6 Months Withdrawals: | $2,506.40 |
| National 6 Months Avg Daily Balance: | $292.81 |
| Local Max. Balance - Prev. 30 Days: | $381.90 |
| Average Balance - Prev. 30 Days: | $27.42 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $3,062.65
Last Sales Date: 8/17/2004 12:23:26 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:



## Inmate Statement

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 06567069 | | Current Institution: | Yazoo City FCI |
| Inmate Name: | ORTIZ CAMERON, LUIS | | Housing Unit: | 2U |
| Report Date: | 08/24/2004 | | Living Quarters: | B16-056L |
| Report Time: | 12:26:46 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| YAZ | 8/17/2004 12:23:26 PM | 19 | | | Sales | ($79.05) | | $23.85 |
| YAZ | 8/16/2004 3:42:11 PM | 36081 | | 65169 | Local Collections | $100.00 | | $102.90 |
| YAZ | 8/10/2004 11:28:34 AM | 17 | | | Sales | ($37.75) | | $2.90 |
| YAZ | 8/9/2004 3:32:57 PM | 35239 | | 65161 | Local Collections | $15.00 | | $40.65 |
| YAZ | 8/9/2004 10:36:11 AM | JV0133 | | | Payroll - IPP | $14.40 | | $25.65 |
| YAZ | 7/27/2004 12:16:11 PM | 23 | | | Sales | ($209.65) | | $11.25 |
| YAZ | 7/27/2004 10:50:08 AM | | 2969 | | Legal Fees | ($100.00) | | $220.90 |
| YAZ | 7/25/2004 9:02:58 AM | ITS0725 | | | ITS Withdrawal | ($61.00) | | $320.90 |
| YAZ | 7/22/2004 2:05:19 PM | 33595 | | 65140 | Local Collections | $200.00 | | $381.90 |
| YAZ | 7/20/2004 12:26:05 PM | 40 | | | Sales | $1.50 | | $181.90 |
| YAZ | 7/20/2004 12:25:18 PM | 39 | | | Sales | ($40.30) | | $180.40 |
| YAZ | 7/15/2004 2:46:22 PM | 32935 | | 65138 | Local Collections | $50.00 | | $200.70 |
| YAZ | 7/15/2004 2:46:22 PM | 32910 | | 65138 | Local Collections | $20.00 | | $220.70 |
| YAZ | 7/9/2004 2:15:00 PM | 32223 | | 65133 | Local Collections | $50.00 | | $150.70 |
| YAZ | 7/7/2004 11:37:58 AM | 31860 | | 65129 | Local Collections | $100.00 | | $100.70 |
| YAZ | 7/6/2004 12:07:05 PM | 21 | | | Sales | ($143.90) | | $0.70 |
| YAZ | 7/6/2004 7:44:57 AM | JV0123 | | | Payroll - IPP | $14.40 | | $144.60 |
| YAZ | 7/1/2004 1:48:08 PM | 31431 | | 65127 | Local Collections | $20.00 | | $130.20 |
| YAZ | 7/1/2004 10:17:00 AM | | 2713 | | Legal Fees | ($200.00) | | $110.20 |
| YAZ | 6/30/2004 7:58:49 PM | ITS0630 | | | ITS Withdrawal | ($35.00) | | $310.20 |
| YAZ | 6/29/2004 5:53:16 PM | 85 | | | Sales | ($22.20) | | $345.20 |
| YAZ | 6/29/2004 12:07:50 PM | 19 | | | Sales | ($127.90) | | $367.40 |
| YAZ | 6/29/2004 11:39:10 AM | 31131 | | 65123 | Local Collections | $50.00 | | $495.30 |
| YAZ | 6/29/2004 11:39:10 AM | 31224 | | 65123 | Local Collections | $15.00 | | $445.30 |
| YAZ | 6/28/2004 3:37:55 PM | 30966 | | 65121 | Local Collections | $40.00 | | $430.30 |
| YAZ | 6/24/2004 3:26:36 PM | 30671 | | 65119 | Local Collections | $60.00 | | $390.30 |
| YAZ | 6/22/2004 2:00:25 PM | 30452 | | 65116 | Local Collections | $25.00 | | $330.30 |
| YAZ | 6/21/2004 4:00:18 PM | 30351 | | 65115 | Local Collections | $20.00 | | $290.30 |
| YAZ | 6/21/2004 4:00:18 PM | 30277 | | 65115 | Local Collections | $15.00 | | $305.30 |
| YAZ | 6/18/2004 2:40:22 PM | 30144 | | 65301 | Local Collections | $40.00 | | $245.30 |
| YAZ | 6/18/2004 2:40:22 PM | 30141 | | 65301 | Local Collections | $25.00 | | $270.30 |
| YAZ | 6/16/2004 2:13:00 PM | 29834 | | 65111 | Local Collections | $50.00 | | $205.30 |
| YAZ | 6/16/2004 2:13:00 PM | 29858 | | 65111 | Local Collections | $35.00 | | $155.30 |

| Alpha Code | Date | Reference | Code | Type | Amount | Balance |
|---|---|---|---|---|---|---|
| YAZ | 6/16/2004 2:13:00 PM | 29862 | 65111 | Local Collections | $10.00 | $110.30 |
| YAZ | 6/16/2004 2:13:00 PM | 29860 | 65111 | Local Collections | $10.00 | $120.30 |
| YAZ | 6/14/2004 12:30:06 PM | 27 | | Sales | ($54.90) | $100.30 |
| YAZ | 6/9/2004 1:41:34 PM | JV0108 | | Payroll - IPP | $14.40 | $155.20 |
| YAZ | 6/8/2004 12:01:29 PM | 28783 | 65104 | Local Collections | $20.00 | $140.80 |
| YAZ | 6/3/2004 6:10:45 PM | ITS0603 | | ITS Withdrawal | ($52.00) | $120.80 |
| YAZ | 6/1/2004 12:46:29 PM | 40 | | Sales | ($137.55) | $172.80 |
| YAZ | 5/25/2004 2:30:36 PM | 27416 | 68242 | Local Collections | $30.00 | $310.35 |
| YAZ | 5/24/2004 3:00:51 PM | 40 | | Sales | ($163.85) | $280.35 |
| YAZ | 5/20/2004 2:30:54 PM | JV0097 | | Photo Copies | ($5.10) | $444.20 |
| YAZ | 5/20/2004 2:24:16 PM | 26938 | 65300 | Local Collections | $15.00 | $449.30 |
| YAZ | 5/17/2004 11:32:52 AM | 4 | | Sales | ($51.45) | $434.30 |
| YAZ | 5/10/2004 3:35:19 PM | 25817 | 68227 | Local Collections | $100.00 | $435.75 |
| YAZ | 5/10/2004 3:35:19 PM | 25887 | 68227 | Local Collections | $50.00 | $485.75 |
| YAZ | 5/7/2004 2:51:42 PM | JV0088 | | Payroll - IPP | $17.64 | $335.75 |
| YAZ | 5/4/2004 3:15:43 PM | 25190 | 68221 | Local Collections | $25.00 | $318.11 |
| YAZ | 5/4/2004 3:15:43 PM | 25217 | 68221 | Local Collections | $5.05 | $293.11 |

1 2 3 4

**Total Transactions: 161**

**Totals:** ($274.86)   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| YAZ | $23.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $23.85 |
| **Totals:** | **$23.85** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$23.85** |