# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 04-1880

LUIS HIRAM ORTIZ CAMERON

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**NOTICE OF DEFAULT AND INTENT TO DISMISS**

**ORDER OF COURT**

Entered: 8/19/04

Upon filing of the Notice of Appeal, the filing fee*, required by Fed. R. App. P. 3(e) was supposed to be made to the Clerk of the District Court. Unless the fee is paid to the <u>Clerk of the District Court</u>, or unless a motion to proceed in forma pauperis on appeal pursuant to Fed. R. App. P. 24 is pending in the District Court and notice thereof is supplied to this court on or before 9/2/04, <u>this appeal will be dismissed</u>. Local Rule 3.

The appellant is presently in **default** as to this filing. If the fee is not paid on or before 9/2/04, <u>this appeal will be dismissed in accordance with Local Rule 3, for lack of prosecution.</u>

By the Court:

Richard Cushing Donovan, Clerk

MARK R. SYSKA

By_____
Chief Deputy Clerk

cc:  Luis Hiram Ortiz Cameron
     Ronald M. McNeil
     Dina Michael Chaitowitz
     Meredith A. Mills

---

* If the notice of appeal was filed on or before October 31, 2003, the filing fee is $105.00.