# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Supplemental Record to the Court of Appeals

**DATE:** March 7, 2005

**DC #:** 97-1629 (PG)

**CCA #:** 04-1880

**CASE CAPTION:** Luis H. Ortiz-Cameron    v.    USA

**SPECIAL COMMENTS:** Copies & original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**CRIMINAL CASE #88-253 (GG) SENT AS A SUPPLEMENTAL RECORD TO CIVIL CASE #97-1629 (PG):**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries   1,100,1686,1698,1710A,1723,1877,1878 | I |
| Docket Entries   1872A & 1883 (Transcripts) | II |
| Pre-Sentence Investigation Report | III |

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñíz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk